AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| OREGON WILD and WILDEARTH GUARDIANS<br><br>*Plaintiff(s)*<br><br>v.<br><br>DAVID WARNACK, in his official capacity as Supervisor for Willamette National Forest, and UNITED STATES FOREST SERVICE<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:24-cv-00949-MK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Warnack, Supervisor
Willamette National Forest
3106 Pierce Parkway, Suite D
Springfield, OR 97477

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Persell
Oregon Wild
5825 N Greeley Ave
Portland, OR 97217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 06/14/2024

By: s/S.Sellers, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| OREGON WILD and WILDEARTH GUARDIANS <br><br> *Plaintiff(s)* <br><br> v. <br><br> DAVID WARNACK, in his official capacity as Supervisor for Willamette National Forest, and UNITED STATES FOREST SERVICE <br> *Defendant(s)* | Civil Action No. 6:24-cv-00949-MK |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Forest Service
1400 Independence Ave, SW
Washington, DC 20250-0003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Persell
Oregon Wild
5825 N Greeley Ave
Portland, OR 97217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 06/14/2024

By: s/S.Sellers, Deputy Clerk