Sarah Melton, OSB #227050
Sara Ghafouri, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: smelton@amforest.org
Email: sghafouri@amforest.org

*Attorneys for Proposed Defendant-Intervenor*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **OREGON WILD**, an Oregon nonprofit corporation; and **WILDEARTH GUARDIANS**, a New Mexico nonprofit corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>**DAVID WARNACK,** in his official capacity as Supervisor of the Willamette National Forest; and **UNITED STATES FOREST SERVICE,** a federal agency,<br><br>  Defendants,<br><br>  and<br><br>**AMERICAN FOREST RESOURCE COUNCIL,** an Oregon non-profit corporation.<br><br>  Proposed Defendant-Intervenor. | Civil No. 6:24-cv-00949-MTK<br><br>**ORDER GRANTING MOTION TO INTERVENE** |

ORDER

Having considered the Motion to Intervene filed by American Forest Resource Council, and being fully advised, the Court finds that American Forest Resource Council's motion is timely, that it has a significant protectable interest in this action, that the interest may be impaired by the litigation, and that the other parties do not adequately represent American Forest Resource Council's interests. The Court hereby **GRANTS** the Motion to Intervene as of right pursuant to Fed. R. Civ. P. 24(a)(2). Intervenor shall file its Cross-Motion for Summary Judgment by March 7, 2025, and its Reply Brief by May 2, 2025, one week after Federal Defendants' deadlines. *See* ECF No. 16.

**IT IS SO ORDERED.**

DATED this 12th day of December 2024.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States District Judge

ORDER - 1