John S. Persell, OSB # 084400
Oregon Wild
5825 N Greeley Ave
Portland, OR 97217
(503) 896-6472
jp@oregonwild.org

Erin E. Hogan-Freemole (OSB # 212850)
WildEarth Guardians
213 SW Ash Street, Suite 202
Portland, OR 97204
(971) 417-6851
ehoganfreemole@wildearthguardians.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **OREGON WILD** and **WILDEARTH GUARDIANS**, | |
| Plaintiffs, | |
| v. | Case No. 6:24-cv-949-AP |
| **DAVID WARNACK**, in his official capacity as Supervisor for Willamette National Forest; and **UNITED STATES FOREST SERVICE**, | **DECLARATION OF CHANDRA LEGUE** |
| Defendants, | |
| and | |
| **AMERICAN FOREST RESOURCE COUNCIL**, | |
| Defendant-Intervenor. | |

I, Chandra LeGue, declare as follows:

1. My name is Chandra LeGue. I reside in Eugene, Lane County, Oregon.

2. I am a full-time employee and member in good standing of Oregon Wild. I am familiar with and support Oregon Wild's mission to protect and restore Oregon's wildlands, wildlife, and waters.

3. My job title is Senior Conservation Advocate. I have been continuously involved with Oregon Wild as a full-time paid staff member since 2003. In my job with Oregon Wild, I work with and on behalf of our members, supporters, and the general public to participate in the National Environmental Policy Act (NEPA) process for federal land management decisions. I also engage our supporters in a variety of educational efforts about public lands management – from writing newsletter articles and blog posts, to leading public hikes and giving presentations to local and regional interest groups. I often engage with federal land management agencies on projects affecting Oregon's environment, and encourage them to make decisions that conserve land, water, habitat, recreation, and our climate, and discourage practices that are harmful to water quality in streams, springs, and wetlands; harmful to terrestrial and aquatic ecosystems and fish and wildlife, including threatened and endangered species; harmful to recreation and scenic beauty; harmful to mature and old-growth forests; and harmful to the global climate.

4. For 50 years, Oregon Wild has been advocating for forest protection and restoration, including within the Willamette National Forest.  Our staff have tracked and commented on timber sales and other forest and watershed management projects in this area for more than 30 years. We have led public educational hikes in the Willamette National Forest, and participated in numerous U.S. Forest Service (Forest Service), community, and

Middle Fork Willamette Watershed Council-led field trips to various projects in the Middle Fork Ranger District of the Willamette National Forest. In more recent years we have been an active member of the Climate Forests Campaign seeking protections for mature and old-growth forests as a natural climate solution on public lands including the Willamette National Forest.

5. I represented Oregon Wild in the Southern Willamette Forest Collaborative while the Forest Service developed the Rigdon Landscape Analysis, beginning in 2016, and then as the agency developed the Youngs Rock Rigdon Project purpose and need and draft Environmental Impact Statement (EIS). My participation included attending meetings and roundtable sessions, educational presentations, offering informal feedback on the landscape analysis and Youngs Rock Rigdon Project development within collaborative meetings, and attending field tours.

6. Oregon Wild participated in the NEPA process for the Forest Service's Youngs Rock Rigdon Project. We submitted timely scoping comments on July 17, 2019, and timely comments on the draft EIS on August 23, 2021. We filed a timely objection to the draft decision on May 19, 2023.

7. Throughout the process, we raised concerns about logging in mature and old-growth forest stands, the impacts of regeneration harvest in managed stands, the impacts of road construction, impacts to the threatened northern spotted owl (NSO), and the carbon and climate impacts of the project. We asked the Forest Service to develop another alternative that limited logging in natural stands, that would retain more trees in NSO habitat and for carbon storage purposes, and to retain all trees over 24 inches in diameter and other old trees.

8.  Oregon Wild's main objection to the Youngs Rock Rigdon Project is that the Record of Decision approves over 1,000 acres of logging in natural forests. This decision will degrade and remove habitat for NSO and their prey in ways that will hinder and delay recovery of the species. Logging these mature and old forests will also emit large amounts of greenhouse gases that will exacerbate global climate change. The final EIS for the project did not properly disclose these effects or how to minimize them.

9.  We are also concerned that the alternatives presented in the final EIS are functionally so similar that negative impacts would be the same. The Forest Service failed to consider other alternatives that might better harmonize the pine-oak enhancement goals of this project with other important policy objectives, such as NSO conservation and climate change mitigation.

10. Oregon Wild does not object to all parts of the Youngs Rock Rigdon Project, such as variable thinning in young plantations, floodplain and meadow restoration, road decommissioning, recreation enhancements, or non-commercial understory thinning along roads to reduce fuel hazards.

11. I use and enjoy the areas affected by the Forest Service's authorization of the Youngs Rock Rigdon Project for hiking, camping, foraging, nature appreciation, and photography. I also hope to see, hear, or otherwise detect evidence of rare or imperiled species like the NSO. Even if I do not directly detect these birds, knowing that these species might be present or could use these lands as habitat brings me personal satisfaction during my visits.

12. I have visited the Youngs Rock Rigdon Project area many times for both personal and professional reasons. I led a public hike in the area on October 9, 2016, and I have hiked

in the area at other times on my own. A portion of the Middle Fork Trail is included in the book I authored (published in 2019) called "Oregon's Ancient Forests: A hiking guide" and I explored the project area while doing research for that book. I explored the project area with Oregon Wild colleagues in July of 2021, on August 5, 2021, and on July 17, 2024, and I have attended field tours with the Forest Service and the Southern Willamette Forest Collaborative in my capacity with Oregon Wild on September 6, 2016, November 7, 2018, September 28, 2021, and November 15, 2021.

13. The photo below is with an Oregon Wild colleague in a unit of the Youngs Rock Rigdon Project showing a mix of pines and madrone trees. (Photo taken by Chandra LeGue on October 5, 2021)



14. The photo below was taken on a hike with colleagues on the Middle Fork Trail within the

Youngs Rock Rigdon Project area. (Photo taken by Chandra LeGue on July 12, 2021)



15. In general, I find the diverse natural forests, clear, cold streams with ample salmon and

bull trout habitat, and recreation in the form of trails and campgrounds in and near the

project area a welcome refuge from busier areas of the Willamette National Forest. While

there are some areas that have clearly been managed in the past, many of the places I

have visited show little evidence of past logging and offer public values such as

hydrologic stability, mature and old-growth habitat (including habitat refugia and

connectivity), carbon storage for climate stability, fire resistance and resilience, and scenic and recreational values not found in other nearby areas.

16. I plan on going back to the Youngs Rock Rigdon Project area repeatedly in the future. The Middle Fork Trail and campgrounds along the river are some of my favorite places to recreate, in large part because of the diverse mature and old-growth forests and native vegetation that are accessible most of the year. I enjoy driving along Forest Service Road 21 and seeing seasonal changes in the river and plants and fungi present. Specifically, I plan to drive through this area on my way to Summit Lake in September 2025 and to camp and hike nearby, and may plan a backpacking trip on the Middle Fork Trail in 2026.

17. My interests and those of Oregon Wild will be irreparably harmed if the proposed logging activities proceed. The Youngs Rock Rigdon Project would implement heavy thinning in older forests, do regeneration harvest (virtual clearcutting) in 450 acres of younger stands, remove over 2,000 acres of suitable NSO habitat and degrade another 1,000 acres, and increase the harm with additional roads on the landscape. This habitat degradation will make it easier for competing barred owls to displace NSO in the area. Even knowing that previously suitable habitat for imperiled species has been degraded, making wildlife presence less likely, will diminish my enjoyment of the area.

18. The natural beauty and wildlife values of the mature trees will be irreversibly damaged by logging. The scenic quality of the stands that I enjoy driving and hiking through will be severely degraded. It will be more difficult and less aesthetically pleasing to walk through the forest with logging slash and debris. The ground will be scarred by heavy equipment tracks and the areas of new road construction will be permanently scarred.

Weeds such as thistle, blackberry, and Scot's broom will likely grow where native plants thrive today. Habitat for plants, fungi, and animals I enjoy finding in the forest will be degraded.

19. The proposed logging activities will emit greenhouse gases and harm the forest's carbon storage capacity. Mature forests are rapidly accumulating carbon and serve as a valuable climate solution. Logging mature forests will accelerate the transfer of carbon from the forest to the atmosphere and exacerbate global climate change at a time when emissions reductions are desperately needed.

20. All these effects will severely damage my enjoyment of the project area if these stands are logged as planned. My interest in conserving natural forests and enjoying all the benefits of natural forests, including climate benefits, is severely harmed when the Forest Service refuses to carefully consider the harms of logging and refuses to consider less harmful alternatives.

21. My interests and those of Oregon Wild would be supported if the agency would comply with laws like NEPA to fully analyze impacts to spotted owls and carbon storage because the decisionmaker might decide to drop more areas of logging in natural stands. Furthermore, if the Forest Service properly conserved threatened species, the agency would improve rather than delay the development of—or altogether remove—NSO habitat. Our interests would also be supported if the Forest Service followed NEPA by taking a hard look at the adverse effects of the proposed logging on NSO, carbon, and climate, and consider an alternative that meaningfully addresses the concerns we have repeatedly raised.

22. If even some of the natural forest stands in the Youngs Rock Rigdon Project are not logged or are logged in ways that avoid removing large, old trees and substantial canopy cover, then they will better provide scenic and recreational enjoyment and opportunities to experience the presence of imperiled species in this area for Oregon Wild members like myself.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of September, 2025, in Eugene, Oregon.

_Chandra LeGue_

_____
Chandra LeGue