John S. Persell, OSB # 084400
Oregon Wild
5825 N Greeley Ave
Portland, OR 97217
(503) 896-6472
jp@oregonwild.org

Erin E. Hogan-Freemole (OSB # 212850)
WildEarth Guardians
213 SW Ash Street, Suite 202
Portland, OR 97204
(971) 417-6851
ehoganfreemole@wildearthguardians.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **OREGON WILD** and **WILDEARTH GUARDIANS**, <br><br> Plaintiffs, <br><br> v. <br><br> **DAVID WARNACK**, in his official capacity as Supervisor for Willamette National Forest; and **UNITED STATES FOREST SERVICE**, <br><br> Defendants, <br><br> and <br><br> **AMERICAN FOREST RESOURCE COUNCIL**, <br><br> Defendant-Intervenor. | Case No. 6:24-cv-949-AP <br><br> **SECOND DECLARATION OF RYAN TALBOTT** |

I, Ryan Talbott, declare as follows:

1. The facts set forth in this declaration are based upon my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2. I am a resident of Portland, Oregon.

3. I am a current member and employee of WildEarth Guardians (Guardians). I serve as Guardians' Pacific Northwest Conservation Advocate. In that role, I monitor Forest Service and Bureau of Land Management (BLM) actions in western Oregon and Washington, submitting public comments and filing administrative objections. I authored Guardians' objection to the Final Environmental Impact Statement (FEIS) and Draft Record of Decision (ROD) for the Youngs Rock Rigdon Project located on the Middle Fork Ranger District of the Willamette National Forest.

4. I am also an avid hiker and frequently visit National Forests around the Pacific Northwest, including the Willamette National Forest. My background in conservation work has given me a particular appreciation for intact mature and old-growth forests.

5. I have visited the Youngs Rock Rigdon Project area, including natural stands where thinning activities will occur. In May 2023, I visited this area with a friend and her dog to hike along the Middle Fork National Recreation Trail, which traverses or is in close proximity to many of these natural stands. I intend to return to hike and camp in this area in late September or early October as I would like to do some hiking and camping in this area during the fall. I therefore have an interest in protecting the mature and old-growth forest conditions that currently exist in these natural stands.

6. Hiking through mature and old-growth forests provides a completely different experience than younger plantation stands. In younger plantations, many of the trees are similar in age, height,

SECOND TALBOTT DECLARATION—1

and diameter, providing a monotonous hiking experience. There are also fewer standing dead and downed trees, which provide additional complexity on the landscape.

7. In mature and old-growth forests, there are trees of varying age, height, and diameter, from large-diameter trees that are hundreds of years old to small saplings in the understory. Multiple canopy layers in older forests produce varying levels of light and shading that you do not get in younger plantations. There are also more standing dead and downed trees that provide habitat for wildlife and increased presence of mosses, lichens, and fungi.

8. The difference between hiking in a mature or old-growth forests and a younger plantation is stark and with much of our old-growth forests gone, it is critical to protect what remains and allow mature forests to age into old-growth.

9. The Final ROD for the Youngs Rock Rigdon Project approved over 1,050 acres of commercial thinning in natural stands up to 140 years old. The Final ROD also approved over 500 acres of non-commercial thinning around pines and oaks in natural stands that, according to the FEIS, are up to 198 years old. Implementation of these commercial and non-commercial thinning activities will harm my recreational and aesthetic interests in this part of the Willamette National Forest.

10. The natural stands in the Youngs Rock Rigdon Project area have an average canopy cover of 75%. The thinning authorized in the Final ROD would reduce these stands to just 30 trees per acre and, in some instances, reduce the canopy cover to just 28%. This would drastically alter the existing mature and old-growth forest conditions that I appreciate about the project area.

11. The approved logging will affect my recreational and aesthetic use and enjoyment of the project area. For example, in several stands traversed by the Middle Fork National Recreation Trail, logging will leave just 30 trees per acre. This will drastically alter the landscape by removing

much of the forest canopy and opening the ground to much more sunlight. With much of the canopy gone, it will make hiking in this area hotter and the landscape will become much more monotonous. This will negatively impact my experience of hiking in this area for years into the future.

12. In addition, areas around the Youngs Rock Trail are approved for commercial thinning to just 30 trees per acre. This commercial logging on, adjacent to, and within close proximity to the Youngs Rock Trail will negatively impact my experience of hiking this trail for years into the future.

13. I also greatly enjoy viewing, or attempting to view, wildlife in mature and old-growth forest settings, particularly the iconic northern spotted owl. Although the northern spotted owl is synonymous with the old-growth forests of the Pacific Northwest, they are threatened with extinction in large part due to extensive habitat loss from logging. I have yet to see a northern spotted owl in its natural habitat, but hope to someday soon. With the kind of habitat that spotted owls favor, the Youngs Rock Rigdon Project area provides that opportunity.

14. The commercial logging will occur right up to the eastern boundary of a northern spotted owl activity center that surrounds a portion of Youngs Creek. This stand will also be thinned to just 30 trees per acre, completely destroying the conditions spotted owls need to successfully nest, roost, forage, and raise young. The spotted owl is dependent on dense old-growth stands and avoids open, heavily thinned areas of the sort the Youngs Rock Rigdon Project aims to create. The invasive barred owl, which poses one of the greatest threats to the spotted owl's continued existence, is more tolerant of these disturbed areas. To prevent the reclusive spotted owl's near-term disappearance, it is crucial that we conserve as much high-quality mature and old-growth habitat as possible.

15. The Youngs Rock Rigdon Project, rather than contribute to the goal of spotted owl recovery, entirely destroys large swaths of nesting, roosting, and foraging habitat for spotted owls. This will negatively affect my interest in seeing wildlife, including spotted owls, in an older forest setting.

16. If the Youngs Rock Rigdon Project FEIS and Final ROD are set aside and the existing natural stands in the area continue to provide habitat for spotted owls, that would protect my interest in seeing such wildlife.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of September, 2025, in Portland, Oregon.

*Ryan Talbott*

_____
Ryan Talbott

SECOND TALBOTT DECLARATION—4