ADAM R.F. GUSTAFSON
United States Department of Justice
Acting Assistant Attorney General
Environment & Natural Resources Division

SHAUN M. PETTIGREW (CA Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

LAWRENCE K. PITTMAN (GA State Bar No. 568134)
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
 (202) 305-0420
lawrence.pittman@usdoj.gov

*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| OREGON WILD, an Oregon nonprofit corporation; and WILDEARTH GUARDIANS, a New Mexico nonprofit corporation, | |
| Plaintiffs, | Case No. 6:24-cv-00949-AP |
| v. | FEDERAL DEFENDANTS' UNOPPOSED MOTION TO STAY DEADLINES DUE TO LAPSE IN APPROPRIATIONS |
| DAVID WARNACK, in his official capacity as Supervisor of the Willamette National Forest; and UNITED STATES FOREST SERVICE, a federal agency, | |
| Federal Defendants, | |
| and | |

AMERICAN FOREST RESOURCE
COUNCIL,

      Defendant-Intervenor.

1.      On July 15, 2025, the Court adopted the parties' joint proposed schedule for cross-motions for summary judgment. Dkt. 36. Under that schedule, Plaintiffs moved for summary judgment on September 5, 2025. Dkt. 41. Federal Defendants' combined cross-motion for summary judgment and response to Plaintiffs' motion is due October 10, 2025. Defendant-Intervenor's combined cross-motion for summary judgment and response to Plaintiffs' motion is due on October 17, 2025. Plaintiffs' combined reply in support of their motion and response to Federal Defendants' and Defendant-Intervenor's cross-motions is due on November 14, 2025. Federal Defendants' reply in support of their cross-motion is due on December 12, 2025. Defendant-Intervenor's reply in support of its cross-motion is due on December 19, 2025. Dkt. 36.

2.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the United States Forest Service. The Department does not know when such funding will be restored by Congress.

3.      Absent an appropriation, Department of Justice attorneys and employees of the United States Forest Service are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4.      Undersigned counsel for the Department of Justice therefore requests a stay of the cross-motions for summary judgment briefing schedule until Congress has restored

1

appropriations to the Department and the U.S. Forest Service and the employees necessary to Federal Defendants' proper defense of this matter are permitted to resume their usual functions.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department and U.S. Forest Service. Federal Defendants request that, at that point, the parties propose a revised schedule for the remaining deadlines in this case.

6. Plaintiffs take no position on the motion for a stay and Defendant-Intervenor does not oppose the motion.

Respectfully submitted on this 1st day of October, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Lawrence K. Pittman*
LAWRENCE K. PITTMAN (GA State Bar No. 568134)
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
(202) 305-0420
lawrence.pittman@usdoj.gov

SHAUN M. PETTIGREW
Senior Trial Attorney, CA Bar No. 254564
c/o NOAA Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

                                                  /s/ *Lawrence K. Pittman*
                                                  Lawrence K. Pittman
                                                  *Attorney for Federal Defendants*