ADAM R.F. GUSTAFSON
United States Department of Justice
Acting Assistant Attorney General
Environment & Natural Resources Division

SHAUN M. PETTIGREW (CA Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

LAWRENCE K. PITTMAN (GA State Bar No. 568134)
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
 (202) 305-0420
lawrence.pittman@usdoj.gov

*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | | |
|---|---|---|
| OREGON WILD, an Oregon nonprofit corporation; and WILDEARTH GUARDIANS, a New Mexico nonprofit corporation, | ) ) ) ) | Case No. 6:24-cv-00949-AP |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | FEDERAL DEFENDANTS' NOTICE OF APPROPRIATION OF FUNDS |
| DAVID WARNACK, in his official capacity as Supervisor of the Willamette National Forest; and UNITED STATES FOREST SERVICE, a federal agency, | ) ) ) ) ) | |
| Federal Defendants, | ) ) | |
| and | | |

AMERICAN FOREST RESOURCE
COUNCIL,

     Defendant-Intervenor.

_____

     1.     On July 15, 2025, the Court adopted the parties' joint proposed schedule for cross-motions for summary judgment. Dkt. 36. Under that schedule, Plaintiffs moved for summary judgment on September 5, 2025. Dkt. 41. Federal Defendants' combined cross-motion for summary judgment and response to Plaintiffs' motion was due October 10, 2025.

     2.     On October 1, 2025, Federal Defendants moved to stay that deadline and the remaining deadlines in the case because the appropriations act that had been funding the Department of Justice and other Executive agencies had lapsed. Dkt. 43. The Court granted that motion, staying the deadlines in this case "until Department of Justice attorneys are permitted to resume their usual civil litigation functions." Dkt. 44. The Court ordered counsel to "notify the Court as soon as Congress has appropriated funds for the Department and move to extend affected deadlines accordingly within 14 days of such notification." *Id.*

     3.     Federal Defendants hereby provide notice that Congress appropriated funds for the Department on November 12, 2025. The parties will confer and jointly move to extend the affected deadlines no later than November 26, 2025.

     Respectfully submitted on this 13th day of November, 2025.

                    ADAM R.F. GUSTAFSON
                    Acting Assistant Attorney General
                    Environment & Natural Resources Division

                    */s/ Shaun M. Pettigrew*
                    SHAUN M. PETTIGREW

Senior Trial Attorney, CA Bar No. 254564
c/o NOAA Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

LAWRENCE K. PITTMAN (GA State Bar No. 568134)
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
 (202) 305-0420
lawrence.pittman@usdoj.gov

*Attorneys for Federal Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

/s/ <i>Shaun M. Pettigrew</i>
Shaun M. Pettigrew
<i>Attorney for Federal Defendants</i>
