ADAM R.F. GUSTAFSON
United States Department of Justice
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

SHAUN M. PETTIGREW (CA Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

LAWRENCE K. PITTMAN (GA State Bar No. 568134)
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
(202) 305-0420
lawrence.pittman@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| OREGON WILD, an Oregon nonprofit corporation; and WILDEARTH GUARDIANS, a New Mexico nonprofit corporation, | ) ) ) ) Case No. 6:24-cv-00949-AP ) |
| Plaintiffs, | ) ) |
| v. | ) JOINT MOTION TO SET ) DEADLINES |
| DAVID WARNACK, in his official capacity as Supervisor of the Willamette National Forest; and UNITED STATES FOREST SERVICE, a federal agency, | ) ) ) ) |
| Federal Defendants, | ) ) |
| and | |

AMERICAN FOREST RESOURCE
COUNCIL,

      Defendant-Intervenor.

---

1. On July 15, 2025, the Court adopted the parties' joint proposed schedule for cross-motions for summary judgment. Dkt. 36. Under that schedule, Plaintiffs moved for summary judgment on September 5, 2025. Dkt. 41. Federal Defendants' combined cross-motion for summary judgment and response to Plaintiffs' motion was due October 10, 2025.

2. On October 1, 2025, Federal Defendants moved to stay that deadline and the remaining deadlines in the case because the appropriations act that had been funding the Department of Justice and other Executive agencies had lapsed. Dkt. 43. The Court granted that motion, staying the deadlines in this case "until Department of Justice attorneys are permitted to resume their usual civil litigation functions." Dkt. 44. The Court ordered counsel to "notify the Court as soon as Congress has appropriated funds for the Department and move to extend affected deadlines accordingly within 14 days of such notification." *Id.*

3. On November 13, 2025, Federal Defendants provided notice that Congress appropriated funds for the Department on November 12, 2025, and indicated that the parties would confer and jointly move to extend the affected deadlines no later than November 26, 2025. Dkt. 46.

4. The parties have conferred and request that the remaining deadlines be set as follows:

- Federal Defendants' combined cross-motion for summary judgment and response to Plaintiffs' motion be due on or before December 12, 2025;

1

- Defendant-Intervenor's combined cross-motion for summary judgment and response to Plaintiffs' motion be due on or before December 19, 2025;

- Plaintiffs' combined reply in support of their motion and response to Federal Defendants' and Defendant-Intervenor's cross motions be due on or before January 30, 2026;

- Federal Defendants' reply in support of their cross-motion be due on or before March 6, 2026;

- Defendant-Intervenor's reply in support of its cross-motion is due on or before March 13, 2026.

Respectfully submitted on this 24th day of November, 2025.

>ADAM R.F. GUSTAFSON
>Acting Assistant Attorney General
>Environment & Natural Resources Division
>
>*/s/ Shaun M. Pettigrew*
>SHAUN M. PETTIGREW
>Senior Trial Attorney, CA Bar No. 254564
>c/o NOAA Damage Assessment
>7600 Sand Point Way, NE
>Seattle, WA 98115
>(202) 532-5973
>shaun.pettigrew@usdoj.gov
>
>LAWRENCE K. PITTMAN (GA State Bar No. 568134)
>Trial Attorney
>Natural Resources Section
>150 M St. NE
>Washington, D.C. 20002
> (202) 305-0420
>lawrence.pittman@usdoj.gov
>
>*Attorneys for Federal Defendants*

*/s/ John S. Persell*
John S. Persell (OSB # 084400)
Oregon Wild
5825 N Greeley Avenue
Portland, OR 97217
(503) 896-6472
jp@oregonwild.org

Erin E. Hogan-Freemole (OSB # 212850)
WildEarth Guardians
213 SW Ash Street, Suite 202
Portland, OR 97204
(971) 417-6851
ehoganfreemole@wildearthguardians.org

*Attorneys for Plaintiffs*


*/s/ Sara Ghafouri*
Sara Ghafouri (OSB # 111021)
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, OR 97232
(503) 222-9505
sghafouri@amforest.org

*Attorney for Defendant-Intervenor*