Sara Ghafouri, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org

Greg Hibbard, OSB #183602
American Forest Resource Council
924 S. Capitol Way South, Suite 102
Olympia, WA 98501
Telephone: (360) 352-3910
Fax: (360) 352-3917
Email: ghibbard@amforest.org

*Attorneys for Defendant-Intervenor*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| **OREGON WILD**, an Oregon nonprofit corporation; and **WILDEARTH GUARDIANS**, a New Mexico nonprofit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> **DAVID WARNACK,** in his official capacity as Supervisor of the Willamette National Forest; and **UNITED STATES FOREST SERVICE,** a federal agency, <br><br> Defendants, <br><br> and <br><br> **AMERICAN FOREST RESOURCE COUNCIL,** an Oregon non-profit corporation. <br><br> Defendant-Intervenor. | Civil No. 6:24-cv-00949-MK <br><br> **NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE

Please take notice that Greg Hibbard hereby notifies the Court and counsel for the other parties of his appearance as co-counsel on behalf of Defendant-Intervenor American Forest Resource Council. Sara Ghafouri remains as counsel for Defendant Intervenor American Forest Resource Council.

Dated this 12th day of December, 2025.

>/s/ Greg Hibbard
>Greg Hibbard, OSB #183602
>924 S. Capitol Way South, Suite 102
>Olympia, WA 98501
>Telephone: (360) 352-3910
>Fax: (360) 352-3917
>Email: ghibbard@amforest.org
>
>*Attorney for Defendant-Intervenor*

NOTICE OF APPEARANCE - 1

## CERTIFICATE OF SERVICE

I, Greg Hibbard, hereby certify that I, on December 12, 2025, caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated this 12th day of December, 2025.

>*/s/ Greg Hibbard*
>Greg Hibbard

NOTICE OF APPEARANCE - 2