Sara Ghafouri, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org

Greg Hibbard, OSB #183602
American Forest Resource Council
924 S. Capitol Way South, Suite 102
Olympia, WA 98501
Telephone: (360) 352-3910
Fax: (360) 352-3917
Email: ghibbard@amforest.org

*Attorneys for Defendant-Intervenor*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **OREGON WILD**, an Oregon nonprofit corporation; and **WILDEARTH GUARDIANS**, a New Mexico nonprofit corporation, | Civil No. 6:24-cv-00949-AP |
| Plaintiffs, | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-INTERVENOR'S REPLY BRIEF** |
| vs. | |
| **DAVID WARNACK,** in his official capacity as Supervisor of the Willamette National Forest; and **UNITED STATES FOREST SERVICE,** a federal agency, | |
| Defendants, | |
| and | |
| **AMERICAN FOREST RESOURCE COUNCIL,** an Oregon non-profit corporation, | |
| Defendant-Intervenor. | |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-INTERVENOR'S REPLY BRIEF

Defendant-Intervenor respectfully submits this Unopposed Motion for an Extension of Time to File Defendant-Intervenor's Reply Brief, extending the deadline to file its Reply Brief by one week.  The Defendant-Intervenor's new deadline would be March 20, 2026, and all other deadlines would remain unchanged.  In support of this Motion, Defendant-Intervenor states:

1. On November 24, 2025, the parties submitted a Joint Motion to Set Deadlines for the parties' motion and cross-motions for summary judgment, which was adopted by this Court on the same day.  ECF No. 48.  Defendant-Intervenor's Reply Brief in Support of its Cross-Motion for Summary Judgment is currently due on March 13, 2026.

2. Lead counsel for Defendant-Intervenor, Ms. Ghafouri, had to travel to San Diego, California because of an unexpected death in the family.

3. Ms. Ghafouri has been working on the Reply Brief diligently but needs additional time to draft the brief.

4. Consistent with LR 7-1(a), the parties conferred on March 4, 2026, and Plaintiffs and Federal Defendants do not oppose the request to extend the briefing schedule.

For the reasons stated above, there is good cause to extend the deadline for filing Defendant-Intervenor's Reply Brief from March 13, 2026 to March 20, 2026.

Respectfully submitted this 5th day of March, 2026.

/s Sara Ghafouri
Sara Ghafouri, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
sghafouri@amforest.org

Greg Hibbard, OSB #183602
American Forest Resource Council
924 S. Capitol Way South, Suite 102

Olympia, WA 98501
Telephone: (360) 352-3910
Fax: (360) 352-3917
Email: ghibbard@amforest.org

*Attorneys for Defendant-Intervenor*

## <u>CERTIFICATE OF SERVICE</u>

I, Sara Ghafouri, hereby certify that on March 5, 2026, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated this 5th day of March, 2026.

*/s/ Sara Ghafouri*
Sara Ghafouri

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-INTERVENOR'S REPLY BRIEF- 3