Sara Ghafouri, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org

Greg Hibbard, OSB #183602
American Forest Resource Council
924 S. Capitol Way South, Suite 102
Olympia, WA 98501
Telephone: (360) 352-3910
Fax: (360) 352-3917
Email: ghibbard@amforest.org

*Attorneys for Defendant-Intervenor*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **OREGON WILD**, an Oregon nonprofit corporation; and **WILDEARTH GUARDIANS**, a New Mexico nonprofit corporation, | Civil No. 6:24-cv-00949-AP |
| Plaintiffs, | **DEFENDANT-INTERVENOR'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| vs. | |
| **DAVID WARNACK,** in his official capacity as Supervisor of the Willamette National Forest; and **UNITED STATES FOREST SERVICE,** a federal agency, | |
| Defendants, | |
| and | |
| **AMERICAN FOREST RESOURCE COUNCIL,** an Oregon non-profit corporation, | |
| Defendant-Intervenor. | |

DEFENDANT-INTERVENOR'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant-Intervenor respectfully submits this Notice of Supplemental Authority. On May 14, Judge Kasubhai issued an Order and Opinion regarding the Bureau of Land Management's Blue and Gold Harvest Plan (B&G Opinion). *See Cascadia Wildlands et al. v. U.S. Bureau of Land Mgmt.*, No. 6:24-cv-1641-MTK (ECF No. 72) (May 14, 2026). A copy of the B&G Opinion is attached to this Notice as Exhibit 1.

In briefing the merits of this matter, the parties dispute the applicability of a Montana District Court decision regarding the Forest Service's climate change and carbon storage analysis for the Black Ram Project on the Kootenai National Forest. *See Ctr. for Bio. Diversity v. U.S. Forest Serv.*, 687 F. Supp. 3d 1053 (D. Mont. 2023) (*Black Ram*). Plaintiffs argue that, under *Black Ram*, the Forest Service's carbon storage and climate analysis is inadequate. *See* Pls.' MSJ at 35 (ECF No. 41); Pls.' Reply at 27–31 (ECF No. 52). Federal Defendants and Defendant-Intervenor demonstrate that the *Black Ram* decision is an outlier that has not been followed by the same court and even the same judge in subsequent decisions. *See* Defs.' MSJ at 33–34 (ECF No. 50); Defs.' Reply at 21–23 (ECF No. 55); Def.-Int.'s MSJ at 33–34 (ECF No. 51); Def.-Int.'s Reply at 25–27 (ECF No. 58).

In the B&G Opinion, the court upheld the agency's carbon storage and climate change analysis for the Blue and Gold Harvest Plan. B&G Opinion at 27–29. The court explicitly rejected the plaintiffs' arguments under *Black Ram* and found that the decision was "not persuasive." *Id.* at 28. Therefore, the B&G Opinion affirms Defendant-Intervenor's position that the *Black Ram* decision remains an outlier.

Respectfully submitted this 28th day of May, 2026.

> */s Sara Ghafouri*
> Sara Ghafouri, OSB #111021
> American Forest Resource Council
> 700 N.E. Multnomah, Suite 320

DEFENDANT-INTERVENOR'S NOTICE OF SUPPLEMENTAL AUTHORITY - 1

Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
sghafouri@amforest.org

Greg Hibbard, OSB #183602
American Forest Resource Council
924 S. Capitol Way South, Suite 102
Olympia, WA 98501
Telephone: (360) 352-3910
Fax: (360) 352-3917
Email: ghibbard@amforest.org

*Attorneys for Defendant-Intervenor*

## **CERTIFICATE OF SERVICE**

I, Sara Ghafouri, hereby certify that on May 28, 2026, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated this 28th day of May, 2026.

*/s/ Sara Ghafouri*
Sara Ghafouri

DEFENDANT-INTERVENOR'S NOTICE OF SUPPLEMENTAL AUTHORITY - 3