ADAM R.F. GUSTAFSON
United States Department of Justice
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

SHAUN M. PETTIGREW (CA Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

LAWRENCE K. PITTMAN (GA State Bar No. 568134)
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
(202) 305-0420
lawrence.pittman@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | | |
|---|---|---|
| OREGON WILD, an Oregon nonprofit corporation; and WILDEARTH GUARDIANS, a New Mexico nonprofit corporation, | ) ) ) ) | |
| | ) | Case No. 6:24-cv-00949-AP |
| Plaintiffs, | ) ) | |
| v. | ) ) | FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY |
| DAVID WARNACK, in his official capacity as Supervisor of the Willamette National Forest; and UNITED STATES FOREST SERVICE, a federal agency, | ) ) ) ) | |
| | ) | |
| Federal Defendants, | ) ) | |
| and | | |

AMERICAN FOREST RESOURCE
COUNCIL,

     Defendant-Intervenor.

_____

Federal Defendants submit this Notice of Supplemental Authority. On May 28, 2026, the U.S. District Court for the District of Montana issued *Alliance for the Wild Rockies v. Vilsack*, No. 24-cv-10-M-DLC, 2026 WL 1493808 (D. Mont. May 28, 2026), rejecting a challenge to a forest restoration project on the Bitterroot National Forest in Montana under the National Environmental Policy Act (NEPA), National Forest Management Act, and Endangered Species Act. A copy of the opinion is attached as Exhibit 1.

Here, Plaintiffs challenge the Forest Service's analysis of potential carbon or climate impacts under NEPA. As explained in Federal Defendants' reply brief, in doing so, "Plaintiffs rely almost exclusively on *Center for Biological Diversity v. U.S. Forest Serv. (Black Ram)*, 687 F. Supp. 3d 1053 (D. Mont. 2023)." Dkt. No. 55 at 21. Federal Defendants' reply brief further noted that such near-exclusive reliance was "understandable since *Black Ram* is the *only* case in which a court has found an assessment of climate impacts for a forest restoration project insufficient under NEPA." *Id.*

This continues to be true. Defendant-Intervenor submitted a notice of supplemental authority indicating Judge Kasubhai recently declined to extend *Black Ram*. Dkt. No. 60. The court in *Alliance for the Wild Rockies* similarly declined to extend *Black Ram*. *All. for the Wild Rockies*, 2026 WL 1493808 at *2. This continues to confirm *Black Ram*'s status as an outlier.

     Respectfully submitted this 29th day of May, 2026.

                     ADAM R.F. GUSTAFSON
                     Principal Deputy Assistant Attorney General

1

Environment & Natural Resources Division


*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Senior Trial Attorney, CA Bar No. 254564
c/o NOAA Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

LAWRENCE K. PITTMAN (GA State Bar No. 568134)
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
(202) 305-0420
lawrence.pittman@usdoj.gov

*Attorneys for Federal Defendants*