John S. Persell (OSB # 084400)
Oregon Wild
5825 N Greeley Avenue
Portland, OR 97217
(503) 896-6472
jp@oregonwild.org

Erin E. Hogan-Freemole (OSB # 212850)
WildEarth Guardians
213 SW Ash Street, Suite 202
Portland, OR 97204
(971) 417-6851
ehoganfreemole@wildearthguardians.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **OREGON WILD** and **WILDEARTH GUARDIANS**, | |
| Plaintiffs, | |
| v. | Case No. 6:24-cv-949-AP |
| **DAVID WARNACK**, in his official capacity as Supervisor for Willamette National Forest; and **UNITED STATES FOREST SERVICE**, | **PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Defendants, | |
| and | |
| **AMERICAN FOREST RESOURCE COUNCIL**, | |
| Defendant-Intervenor. | |

1 – RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Oregon Wild and WildEarth Guardians respectfully submit this response to Defendants' notice of supplemental persuasive authority and Exhibit 1: *Alliance for the Wild Rockies v. Vilsack*, No. CV 24-10-M-DLC, 2026 WL 1493808 (D. Mont. May 28, 2026) ("*Mud Creek*").

Like the "*Blue and Gold*" case discussed in Defendant-Intervenor's recent notice of supplemental authority, *Mud Creek* concerned a challenge to an agency's carbon and climate analysis of a logging project. *See* 2026 WL 1493808 at *2; ECF No. 60 (discussing *Cascadia Wildlands et al. v. U.S. Bureau of Land Mgmt.*, No. 6:24-cv-1641-MTK (ECF No. 72) (May 14, 2026)). Like in *Blue and Gold*, the *Mud Creek* court upheld the agency's analysis on grounds that it tiered to a recent, comprehensive Forest-wide carbon assessment. *See* 2026 WL 1493808 at *2. And, like in *Blue and Gold*, the court specifically distinguished the *Black Ram* case based on this crucial factual difference. *See id.* (quoting *Ctr. for Biological Diversity v. U.S. Forest Serv.*, 687 F. Supp. 3d 1053, 1076–77 (D. Mont. 2023), *overruled on other grounds* 2025 WL 586358 (9th Cir. Feb. 24, 2025)); *see also Blue and Gold*, No. 6:24-cv-1641-MTK at *13–14. "[I]f the forest-wide assessment is both recent enough and specific enough to reflect the impacts of the particular proposed project activity," the *Mud Creek* court explained, its incorporation into the project record can help satisfy NEPA's hard look requirement. *Id.*

Here, in contrast, the agency did not tier the Youngs Rock Rigdon FEIS to any comprehensive analysis of carbon or climate impacts, because the Willamette National Forest has never done such an analysis. *See* ECF No. 61 (contrasting facts of present case to *Blue and Gold*). This case is therefore unlike *Blue and Gold* or *Mud Creek*. It is, instead, like *Black Ram*, which remains the most relevant persuasive authority on this issue.

2 – RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY

Respectfully submitted this 1st day of June, 2026.

> */s/ John S. Persell*
> John S. Persell (OSB # 084400)
> Oregon Wild
> 5825 N Greeley Avenue
> Portland, OR 97217
> (503) 896-6472
> jp@oregonwild.org
>
> Erin E. Hogan-Freemole (OSB # 212850)
> WildEarth Guardians
> 213 SW Ash Street, Suite 202
> Portland, OR 97204
> (971) 417-6851
> ehoganfreemole@wildearthguardians.org
>
> *Attorneys for Plaintiffs*