ADAM R.F. GUSTAFSON
United States Department of Justice
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

LAWRENCE K. PITTMAN (GA State Bar No. 568134)
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
(202) 305-0420
lawrence.pittman@usdoj.gov

*Attorney for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| OREGON WILD, an Oregon nonprofit corporation; and WILDEARTH GUARDIANS, a New Mexico nonprofit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID WARNACK, in his official capacity as Supervisor of the Willamette National Forest; and UNITED STATES FOREST SERVICE, a federal agency, <br><br> Federal Defendants, <br><br> and <br><br> AMERICAN FOREST RESOURCE COUNCIL, <br><br> Defendant-Intervenor. | Case No. 6:24-cv-00949-AP <br><br> NOTICE OF WITHDRAWAL OF COUNSEL |

To the Clerk of the Court and all parties of record:

Please take notice that pursuant to Civil Local Rule 83-11(b), Lawrence K. Pittman hereby withdraws as counsel for the United States in the above-captioned matter and requests that service and all electronic filing notices be terminated as to him. No other counsel of record are affected by this notice, and the United States will continue to be represented by its other counsel of record.

Respectfully submitted this 30th day of July 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice


*/s/ Lawrence K. Pittman*
LAWRENCE K. PITTMAN,
GA Bar No. 568134
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 305-0420
lawrence.pittman@usdoj.gov

1