John S. Persell (OSB # 084400)
Juan Pablo San Emeterio (OSB # 224837)
Oregon Wild
5825 N Greeley Avenue
Portland, OR 97217
(503) 283-6343
jp@oregonwild.org
pablo@oregonwild.org

Erin E. Hogan-Freemole (OSB # 212850)
WildEarth Guardians
213 SW Ash Street, Suite 202
Portland, OR 97204
(971) 417-6851
ehoganfreemole@wildearthguardians.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

|  |  |
|---|---|
| **OREGON WILD** and **WILDEARTH GUARDIANS**, <br><br> Plaintiffs, <br><br> v. <br><br> **DAVID WARNACK**, in his official capacity as Supervisor for Willamette National Forest; and **UNITED STATES FOREST SERVICE**, <br><br> Defendants, <br><br> and <br><br> **AMERICAN FOREST RESOURCE COUNCIL**, <br><br> Defendant-Intervenor. | Case No. 6:24-cv-949-AP <br><br><br> **NOTICE OF APPEARANCE OF JUAN PABLO SAN EMETERIO ON BEHALF OF PLAINTIFFS** |

NOTICE IS HEREBY GIVEN that JUAN PABLO SAN EMETERIO hereby enters his appearance as counsel in this case on behalf of Plaintiffs. Mr. San Emeterio is registered to use the Court's electronic filing system and may be served electronically through that system. If necessary, pleadings or other papers may also be sent to:

Juan Pablo San Emeterio
Oregon Wild
5825 N Greeley Avenue
Portland, OR 97217

Mr. San Emeterio's phone number is (503) 283-6343 ext. 203 and his email address is

pablo@oregonwild.org.

Respectfully submitted on this 11th day of August, 2026.

/s/ Juan Pablo San Emeterio
Juan Pablo San Emeterio
OR State Bar No. 224837
Oregon Wild
5825 N Greeley Avenue
Portland, OR 97217
(503) 283-6343 ext. 203
pablo@oregonwild.org

Attorney for Plaintiffs

NOTICE OF APPEARANCE – 1