ADAM R.F. GUSTAFSON
United States Department of Justice
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

SHAUN M. PETTIGREW (CA Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| OREGON WILD, an Oregon nonprofit corporation; and WILDEARTH GUARDIANS, a New Mexico nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID WARNACK, in his official capacity as Supervisor of the Willamette National Forest; and UNITED STATES FOREST SERVICE, a federal agency,<br><br>Federal Defendants,<br><br>and<br><br>AMERICAN FOREST RESOURCE COUNCIL,<br><br>Defendant-Intervenor. | Case No. 6:24-cv-00949-AP<br><br>FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF |

Federal Defendants respectfully move for a two-week extension of their deadline to file their response to Plaintiffs' Objections to the Magistrate Judge's Findings and Recommendations. ECF No. 69. Federal Defendants' new deadline would be September 16, 2026. This would also modify Defendant-Intervenor's response deadline to be September 16, 2026. In support of this Motion, Federal Defendants state:

1. The Magistrate Judge issued a Findings & Recommendation (F&R) on August 5, 2026, recommending Plaintiffs' motion for summary judgment be denied and Federal Defendants' and Defendant-Intervenor's cross-motions be granted. ECF No. 66.
2. Plaintiffs filed objections to the F&R on August 19, 2026. ECF No. 69.
3. The deadline for Federal Defendants and Defendant-Intervenor to file responses to Plaintiffs' objections is September 2, 2026.
4. Counsel for Federal Defendants' who argued before the Magistrate Judge at the hearing on June 3, 2026, (ECF No. 64), withdrew from the case on July 30, 2026, (ECF No. 65), and is no longer employed by the U.S. Department of Justice.
5. Undersigned counsel has competing deadlines and previously scheduled leave, requiring additional time to prepare Federal Defendants' response to Plaintiffs' objections.
6. Consistent with LR 7-1(a), the parties conferred on August 20, 2026, and Plaintiffs and Defendant-Intervenor do not oppose the request to extend Federal Defendants' response deadline until September 16, 2026.
7. Defendant-Intervenor's non-opposition is conditioned on the motion making clear that it would also modify Defendant-Intervenor's response deadline to be September 16, 2026.

For the reasons stated above, there is good cause to extend the deadline for filing Federal Defendants' and Defendant-Intervenor's responses to Plaintiffs' objections to the F&R from September 2, 2016, to September 16, 2016.

Respectfully submitted this 20th day of August, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Senior Trial Attorney, CA Bar No. 254564
c/o NOAA Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

*Attorneys for Federal Defendants*